# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

JS 6

| Case No. | EDCV 15-2153 DSF (SPx) | Date | 11/3/15 |
|---|---|---|---|

| Title | Stephanie Munoz, et al. v. Laboratory Corp. of Am., et al. |
|---|---|

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**      (In Chambers) Order REMANDING Case


This case was previously removed on the basis of fraudulent joinder of the non-diverse defendant.  A motion to remand was then granted.  Subsequent to remand, the state court granted a demurrer as to the non-diverse defendant.  (Notice of Removal ¶ 10.) Defendant Laboratory Corporation of America now removes the case again.  This removal was clearly improper as involuntary dismissal of a non-diverse defendant does not provide grounds for removal.  <u>Self v. Gen. Motors Corp.</u>, 588 F.2d 655, 657-58 (9th Cir. 1978).

The case is REMANDED to the Superior Court of California, County of Riverside.

IT IS SO ORDERED.